DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED)<br><br>DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED)<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF McKESSON CORPORATION**<br>[F.R.C.P. 7.1] |

Defendant MCKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

MCKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, MCKESSON CORPORATION. No publicly held company owns ten percent or more of the stock of MCKESSON CORPORATION.

///

1
2   Dated: November 29, 2007                    DRINKER BIDDLE & REATH LLP
3
                                                /s/ Krista L. Cosner
4                                               KRISTA L. COSNER
5                                               Attorneys for Defendants
                                                SMITHKLINE BEECHAM
6                                               CORPORATION dba
                                                GLAXOSMITHKLINE and McKESSON
7                                               CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28