1 | DONALD F. ZIMMER, JR. (State Bar No. 112279)
2 | KRISTA L. COSNER (State Bar No. 213338)
  | DRINKER BIDDLE & REATH LLP
3 | 50 Fremont Street, 20th Floor
  | San Francisco, California  94105
  | Telephone: (415) 591-7500
4 | Facsimile: (415) 591-7510

5 | Attorneys for Defendants
6 | SMITHKLINE BEECHAM CORPORATION dba
  | GLAXOSMITHKLINE and McKESSON
7 | CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED)

DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED)

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No. CV 07 6050

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**[CIV. L.R. 3-16]**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392473\1   DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   CASE NO.

1  Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the ultimate parent corporation.

Defendant McKESSON CORPORATION knows of no such interest other than that of the named parties.

Dated: November 29, 2007

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION