DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED) <br><br> DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED) <br><br> Plaintiffs, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, <br><br> Defendants. | Case No. CV 07 6050 <br><br> **NOTICE OF RELATED CASES** <br> [CIV. L.R. 3-12] |

Pursuant to Civil L.R. 3-12, please take notice that this case is related to the following action, in that both allege personal and/or economic injuries related to the use of the prescription drug Avandia®.

*Dorothy Bone, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline*

1  *and McKesson Corporation*, United States District Court for the Northern District of
2  California, Case No. CV 07 5886.
3      Defendants filed an Administrative Motion to Consider Whether Cases Should be
4  Related pursuant to Civ. L.R. 3-12 in the *Bone* matter on November 21, 2007. No ruling
5  has been made upon that motion to date.

Dated: November 29, 2007

DRINKER BIDDLE & REATH LLP

*/s/ Krista L. Cosner*
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391751\1

NOTICE OF RELATED CASES

2

CASE NO.