DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-06050-JL

ROSE HEFNER AS PERSONAL         :
REPRESENTATIVE OF               :
IRVING HEFNER (DECEASED)        :
                                :   **ADMINISTRATIVE MOTION TO**
DEBORAH CITRANO JOHNSON         :   **CONSIDER WHETHER CASES**
AS PERSONAL                     :   **SHOULD BE RELATED**
REPRESENTATIVE OF               :
STEPHEN CITRANO                 :
(DECEASED)                      :
                                :
v.                              :
                                :
SMITHKLINE BEECHAM              :
CORPORATION                     :
d/b/a GLAXOSMITHKLINE and       :
MCKESSON CORPORATION            :
                                :
Defendants                      :

THIS DOCUMENT RELATES TO:

*UPSHAW v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSEON CORPORATION,*
Case No. 3:07-cv-05891-MHP
*HALL v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-05887-JL
*FISHER v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-05889-MMC

*JEFFERSON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-05888-SC
*THORNTON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-05890-JL
*BONE, ET AL v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-05886-MHP
*HEFNER, ET AL. v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,*
Case No. 3:07-cv-06050-JL

## ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Pursuant to Civil Local Rule 3-12, Plaintiffs Rose Hefner, as representative of Irving Hefner (deceased), and Deborah Johnson, as representative of Stephen Citrano (deceased), by and through counsel, hereby request a determination that this action is related to the following actions, which were removed to this Court. Each of the following actions have been assigned to the Honorable Marilyn Hall Patel. These actions allege personal and/or economic injuries related to the use of the prescription drug Avandia ®:

1.  *UPSHAW v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05891-MHP;

2.  *HALL v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05887-JL;

3.  *FISHER v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05889-MMC;

4.  *JEFFERSON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05888-SC;

Plaintiff's Motion for Remand and Supporting Memorandum

5. *THORNTON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05890-JL;

6. *BONE, ET AL. v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE and MCKESSON CORPORATION,* Case No. 3:07-cv-05886-MHP;

WHEREFORE, Plaintiffs respectfully request that this case be determined to be related to the above related cases for purposes of Civil L.R. 3-12.

Dated: December 7, 2007

_/s/_
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald. F. Zimmer
Krista Cosner
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Dated: December 7, 2007

Respectfully submitted,

_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com