1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED) | Case No. CV-07-6050 JL |
   | --- | --- |
   | | (Pending Ruling on Motion to Relate Cases) |
   | DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED) | [PROPOSED] ORDER GRANTING MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA) |
   | Plaintiffs, | |
   | v. | |
   | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, | |
   | Defendants. | DATE:        January 14, 2008<br>TIME:        2:00 p.m.<br>COURTROOM:   15<br>JUDGE:       Marilyn H. Patel |

PENDING RULING ON MOTION TO RELATE CASES, THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

   *Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

   *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

1  *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
2  *McKesson Corporation;* Case No. CV-07-5888 MHP.
3  *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
4  *Corporation;* Case No. CV-07-5889 MHP.
5  *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
6  *McKesson Corporation;* Case No. CV-07-5890 MHP.
7  *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
8  *McKesson Corporation;* Case No. CV-07-5891 MHP.
9  *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
10 *McKesson Corporation;* Case No. CV-07-6050 JL.

## ORDER

On January 14, 2008 Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's ("GSK") Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) came for hearing in Courtroom 15 of this Court. All parties were given notice and an opportunity to be heard, and each party was represented at the hearing by its counsel of record. Having reviewed all of the papers and admissible evidence filed in support of and in opposition to the motion and for good cause appearing:

IT IS HEREBY ORDERED THAT GSK's motion is **GRANTED**. The Court hereby orders a stay of: (a) all pretrial activity in this case, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of this case by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), of the resulting action against GSK to *In re Avandia Products Liability Litigation,* MDL No.

///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392879\1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS    CASE NO. CV-07-6050 JL

1871, pending before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

**IT IS SO ORDERED.**

_____   _____
Date                                                       JUDGE