DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

Case No. 3:07-cv-06050

ROSE HEFNER, REP. OF
IRVING HEFNER, (DECEASED),
ET AL.

  Plaintiffs,

v.

SMITHKLINE BEECHAM
CORPORATION
d/b/a GLAXOSMITHKLINE and
MCKESSON CORPORATION

  Defendants

DECLARATION OF DAVID C. ANDERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND SUPPORTING MEMORANDUM

  I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

1

1  to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this

2  Declaration if called as a witness.

3      I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.  Executed on this 12th day of December, 2007, in Orange, Virginia.

8  Dated: December 12, 2007        Respectfully submitted,

11                  _____/s/_____
12                  David C. Andersen (Bar No. 194095)
13                  THE MILLER FIRM, LLC
14                  Attorneys for Plaintiff
15                  108 Railroad Avenue
16                  Orange, VA 22960
17                  Phone: (540) 672-4224
18                  Fax: (540) 672-3055
19                  Email:dandersen@doctoratlaw.com