DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED) DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED)<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No. 07-CV-06050-JL<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND** |

**STIPULATION EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendant Smithkline Beecham Corporation d/b/a GlaxoSmithKline ("GSK") may move, answer, or otherwise respond to Plaintiffs' Complaint is extended pending the Court's determination of certain jurisdictional issues. It is agreed that should this matter remain in this Court, GSK shall respond to Plaintiffs' Complaint within thirty (30) days of entry of the first Case Management Order in the *In*

*re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871. It is further agreed that should this matter be remanded to state court, GSK shall respond within thirty (30) days of entry of the remand order.

| /S/ | /S/ |
|---|---|
| David C. Andersen (Bar No. 194095) | Donald F. Zimmer, Jr. (Bar No. 112279) |
| Kristina M. Gigstad | Krista L. Cosner (Bar No. 213338) |
| THE MILLER FIRM, LLC | DRINKER BIDDLE & REATH LLP |
| 108 Railroad Avenue | 50 Fremont Street, 20th Floor |
| Orange, VA 22960 | San Francisco, CA 94105-2235 |
| Counsel for Plaintiffs | Christopher W. Wasson (Pa. Bar No. 63551) |
|  | Sean P. Fahey (Pa. Bar No. 73305) |
|  | PEPPER HAMILTON, LLP |
|  | 3000 Two Logan Square |
|  | 18th & Arch Streets |
|  | Philadelphia, PA 19103 |
|  | Counsel for Defendant Smithkline Beecham Corporation d/b/a GlaxoSmithKline |