DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

Case No. 3:07-cv-06050-MEJ

|  |  |  |
|---|---|---|
| ROSE HEFNER, et. al. | : | |
| | : | DECLARATION OF |
| Plaintiffs, | : | DAVID C. ANDERSEN IN |
| | : | SUPPORT OF |
| | : | PLAINTIFFS' REPLY |
| | : | BRIEF IN SUPPORT OF |
| | : | MOTION TO REMAND |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SMITHKLINE BEECHAM | : | |
| CORPORATION | : | |
| d/b/a GLAXOSMITHKLINE and | : | |
| MCKESSON CORPORATION | : | |
| | : | |
| Defendants | : | |

I, DAVID C. ANDERSEN, declare:

1.    I am an attorney admitted to practice before all courts of the State of

California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this

action.  I make this Declaration based on my personal knowledge, in support of Plaintiff's

Reply In Support of Motion For Remand.  I would and could competently testify to the matters stated in this Declaration if called as a witness.

      2.     A true and accurate copy of the December 28, 2007 Avandia MDL Docket Sheet, In re: Avandia Marketing, Sales Practices and Products Liability Litigation, Eastern District of Pennsylvania, 2:07md1871, Honorable Cynthia M. Rufe, on or about May 22, 2006, attached as **Exhibit A**.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 28th day of December, 2007, in Orange, Virginia.

Dated: December 28, 2007

Respectfully submitted,

_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com