1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | ROSE HEFNER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF IRVING HEFNER (DECEASED) | Case No. CV-07-6050 MHP
13 |  |
14 | DEBORAH CITRANO JOHNSON AS PERSONAL REPRESENTATIVE OF STEPHEN CITRANO (DECEASED) | **DECLARATION OF KRISTA L. COSNER IN SUPPORT OF MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)**
15 | Plaintiffs, |
16 | v. |
17 | SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION, |
18 |  | **DATE:** February 25, 2008
19 |  | **TIME:** 2:00 p.m.
   |  | **COURTROOM:** 15
20 | Defendants. | **JUDGE:** Marilyn H. Patel

21

22                  **DECLARATION OF KRISTA L. COSNER**

23

24     I, KRISTA L. COSNER, declare:

25     1.    I am an attorney admitted to practice before all courts of the State of

26 California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for

27 SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") in

28 this action. I make this Declaration based on my personal knowledge, in support of

1  Defendant GSK's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel
2  on Multidistrict Litigation to MDL 1871 (E.D. PA) in the above-captioned matter.  I
3  would and could competently testify to the matters stated in this Declaration if called as a
4  witness.

5    2.    A true and accurate copy of the Judicial Panel on Multidistrict Litigation's
6  Transfer Order, *In re Avandia Marketing, Sales Practices and Products Liability
7  Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**

8  I declare under penalty of perjury under the laws of the United States of America that
9  the foregoing is true and correct.  Executed on this 14th day of January, 2008 in San
10 Francisco, California.

                    /S/ Krista L. Cosner
                    KRISTA L. COSNER