1 DAVID C. ANDERSEN (State Bar No. 194095)
2 THE MILLER FIRM, LLC
3 108 Railroad Avenue
4 Orange, VA 22960
5 Telephone: (540) 672-4224
6 Facsimile: (540) 672-3055
7 Email: dandersen@doctoratlaw.com

8

9 **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
10 **SAN FRANCISCO DIVISION**

11

12                                                     Case No. 3:07-cv-06050

13 ROSE HEFNER, REP. OF                    :
14 IRVING HEFNER, (DECEASED),     :
15 ET AL.                                          :        DECLARATION OF
16                                                   :        DAVID C. ANDERSEN IN
17        Plaintiffs,                            :        SUPPORT OF
18                                                   :        PLAINTIFFS' MOTION
19                                                   :        FOR REMAND AND
20                                                   :        SUPPORTING
21                                                   :        MEMORANDUM
22 v.                                               :
23                                                   :
24                                                   :
25 SMITHKLINE BEECHAM            :
26 CORPORATION                         :
27 d/b/a GLAXOSMITHKLINE and   :
28 MCKESSON CORPORATION        :
29                                                   :
30 Defendants                               :

31

32        I, DAVID C. ANDERSEN, declare:

33 1.        I am an attorney admitted to practice before all courts of the State of California and am an

34 Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action.  I make this Declaration

35 based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

1

1    to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this

2    Declaration if called as a witness.

3        I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.  Executed on this 15th day of January, 2008, in Orange, Virginia.

5

6

7

8    Dated: January 15, 2008          Respectfully submitted,

9

10

11                             _____/s/_____

12                             David C. Andersen (Bar No. 194095)

13                             THE MILLER FIRM, LLC

14                             Attorneys for Plaintiff

15                             108 Railroad Avenue

16                             Orange, VA 22960

17                             Phone: (540) 672-4224

18                             Fax: (540) 672-3055

19                             Email:dandersen@doctoratlaw.com

20

21

22

2