```
ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants.<br><br>*And related actions as listed in Attachment A.* | Case No. CV-07-05886 MHP<br>CV-07-05887 MHP<br>CV-07-05888 MHP<br>CV-07-05889 MHP<br>CV-07-05890 MHP<br>CV-07-05891 MHP<br>CV-07-06050 MHP<br>CV-07-06328 MHP<br>CV-08-01057 MHP<br>CV-08-01131 MHP<br>CV-08-01297 MHP<br>CV-08-01506 MHP<br>CV-08-01598 MHP<br>CV-08-01620 MHP<br>CV-08-01752 MHP<br>CV-08-01753 MHP<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

The following attorney is no longer counsel of record in this action:

DONALD F. ZIMMER, JR. (State Bar No. 112279)
Donald.Zimmer@dbr.com

Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP

/s/ Alan J. Lazarus
ALAN J. LAZARUS

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba

1  *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2  13.  *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3  *et al.,* Case No. CV- 08-01598-MHP;

4  14.  *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5  *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6  15.  *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7  *et al.,* Case No. CV-08-01752 MHP;

8  16.  *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9  *et al.,* Case No. CV-08-01753 MHP.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400111\1

NOTICE OF CHANGE IN COUNSEL

4

CASE NO. CV-07-05886 MHP